1  Richard C. Gordon
   Nevada Bar No. 9036
2  Tanya N. Lewis
   Nevada Bar No. 8855
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
4  Suite 1100
   Las Vegas, Nevada 89169
5  Telephone: 702.784.5200
   Facsimile: 702.784.5252
6  Email: rgordon@swlaw.com
           tlewis@swlaw.com
7
   *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11

12  WELLS FARGO BANK, N.A.,                    Case No. 2:17-cv-1360-APG-VCF

            Plaintiff,
13                                             **STIPULATION AND ORDER TO
                                               EXTEND DEADLINE TO AMEND
    vs.                                        PLEADINGS AND ADD PARTIES**
14
    SATICOY BAY LLC – SERIES 3948              **(First Requested Extension After Lift of
15  APPLECREST, a Nevada limited-liability     Stay)**
    company; WOODCREST HOMEOWNERS
16  ASSOCIATION; a Nevada non-profit
    corporation; ABSOLUTE COLLECTION
17  SERVICES, LLC, a Nevada limited-liability
    company; DOES 1 through 10; and ROE
18  BUSINESS ENTITIES 1 through 10, inclusive,

19          Defendants.

20

21          Pursuant to Local Rules 6-1 and 26-4, the parties stipulate, and request that the Court

22  approve, a fourteen-day extension of the deadline to amend pleadings and add parties from May

23  14, 2019 to May 28, 2019. The parties do not seek any other extension of the existing case deadlines

24  at this time. Wells Fargo is still reviewing information related to the possible elimination and

25  substitution of claims and needs a brief, two-week extension to finalize and file its Amended

26  Complaint. This is the first request (post lift of stay) for an extension of deadlines contained within

27  the discovery plan and scheduling order.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1    This request comes less than twenty-one days before expiration of the current deadline to

2    amend pleadings, and, therefore, must be supported by good cause. Good cause exists to extend the

3    deadline here, as the parties are currently conducting discovery and locating the information needed

4    to finalize their amended pleadings, but need a brief extension to confirm additional information

5    regarding their claims.

6         The parties are amicably, professionally, diligently, and in good faith working toward the

7    completion of discovery in this matter. The request for additional time at this point reflects the

8    need for the parties to plan strategically based on the full factual and legal record -- not any dilatory

9    conduct by any party. The stipulated extension will also eliminate the need for expensive, time-

10   consuming motions for both the parties and the court. No prejudice will result from the requested

11   extension, as the parties currently anticipate that they will be able to complete discovery on or

12   before the August 2019 deadline.

13        For these reasons, and based on the circumstances, the parties request an extension of the

14   dispositive motions deadlines and subsequent deadlines as follows:

15        This stipulated request is submitted in good faith for the reasons explained above, and not

16   for purposes of undue delay.

Dated: May 9, 2019

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.    SNELL & WILMER L.L.P.

/s/ *Nikoll Nikci*    /s/ *Tanya N. Lewis*
Michael F. Bohn    Richard C. Gordon
Adam R. Trippiedi    Tanya N. Lewis
Nikoll Nikci    3883 Howard Hughes Parkway
2260 Corporate Circle, Suite 480    Suite 1100
Henderson, NV 89074    Las Vegas, Nevada 89169
mbohn@bohnlawfirm.com
atrippiedi@bohnlawfirm.com    *Attorneys for Plaintiff Wells Fargo Bank,*
nnikci@bohnlawfirm.com    *N.A.*

*Attorneys for Defendant Saticoy Bay LLC Series*
*3948 Applecrest*

*\*e-signature affixed with permission*

HOA LAWYERS GROUP, LLC    ABSOLUTE COLLECTION SERVICES, LLC

/s/ *Steven T. Loizzi, Jr*    /s/ *Shane D. Cox*
Steven T. Loizzi , Jr.    Shane D. Cox
9500 West Flamingo Road, Suite 204    7485 W. Azure Dr., Suite 129
Las Vegas, NV 89147-572    Las Vegas, NV 89130
steve@nrs116.com    shane@absolute-collection.com

*Attorneys for Defendant Woodcrest*    *Attorney for Defendant Absolute Collection*
*Homeowners Association*    *Services, LLC*

*\*e-signature affixed with permission*    *\*e-signature affixed with permission*

## SCHEDULING ORDER

The deadline to amend pleadings and add parties is hereby extended from May 14, 2019 to May 28, 2019. All other current deadlines remain in effect.

IT IS SO ORDERED.

_____
United States Magistrate Judge
5-10-2019
Dated: _____

1     **CERTIFICATE OF SERVICE**

2        I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION**

3  **AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**

4  with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system

5  for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel

6  being registered to receive Electronic Filing.

7        DATED: May 9, 2019

8

9                    */s/ Susan Ballif*

                        An employee of SNELL & WILMER L.L.P.

10  4819-1705-3078

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200