Richard C. Gordon
Nevada Bar No. 9036
Tanya N. Lewis
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rgordon@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC – SERIES 3948 APPLECREST, a Nevada limited-liability company; WOODCREST HOMEOWNERS ASSOCIATION; a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-1360-APG-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO SATICOY BAY. LLC'S COUNTER CLAIM**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") by and through its counsel, the law firm of Snell & Wilmer L.L.P. and Defendant Saticoy Bay LLC Series 3948 Applecrest ("Saticoy Bay"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiff to respond to Saticoy Bay's Counterclaim [ECF Doc. 36] ("Counterclaim"). The Counterclaim was filed June 13, 2019. The deadline for response is currently July 5, 2019.

WHEREAS, Plaintiff requires an additional short extension of time to review the Counterclaim and related documents and evaluate the arguments therein;

WHEREAS, Plaintiffs requested, and Saticoy Bay agreed, to extend the time for Plaintiff to respond; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1. Plaintiff shall have until <u>July 19, 2019</u> to respond to the Counterclaim.

Dated: June 28, 2019

| LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. | SNELL & WILMER L.L.P. |
|---|---|
| /s/ *Adam R. Trippiedi* | /s/ *Tanya N. Lewis* |
| Michael F. Bohn | Richard C. Gordon |
| Adam R. Trippiedi | Tanya N. Lewis |
| Nikoll Nikci | 3883 Howard Hughes Parkway |
| 2260 Corporate Circle, Suite 480 | Suite 1100 |
| Henderson, NV 89074 | Las Vegas, Nevada 89169 |
| *Attorneys for Defendant Saticoy Bay LLC Series 3948 Applecrest* | *Attorneys for Plaintiff Wells Fargo Bank, N.A.* |

*e-signature affixed with permission*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: 7-1-2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO SATICOY BAY, LLC'S COUNTER CLAIM** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: June 28, 2019

                                         */s/ Susan Ballif*
                                         An employee of SNELL & WILMER L.L.P.

4817-6315-5611