# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-01360-APG-VCF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| SATICOY BAY LLC SERIES 3948 APPLECREST, | |
| Defendant | |

On November 12, 2019, the parties advised the court that they had settled this matter and they requested 60 days to finalize settlement. ECF No. 45. More than 60 days have passed, but a stipulation to dismiss has not been filed.

I THEREFORE ORDER the parties to file either a stipulation to dismiss or a status report by March 13, 2020.

DATED this 24th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE