# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff <br><br> v. <br><br> SATICOY BAY LLC SERIES 3948 APPLECREST, et al., <br><br> Defendants | Case No.: 2:17-cv-01360-APG-VCF <br><br> **Order Accepting Report and Recommendation and Granting Motion to Enforce Settlement Agreement** <br><br> [ECF Nos. 54, 57] |

On April 23, 2020, Magistrate Judge Ferenbach recommended that I grant plaintiff Wells Fargo Bank, N.A.'s motion to enforce the settlement agreement between Wells Fargo and defendant Saticoy Bay LLC Series 3948 Applecrest. ECF No. 57.  Saticoy Bay did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 57) is accepted** and plaintiff Wells Fargo Bank, N.A.'s motion to enforce settlement agreement **(ECF No. 54) is GRANTED**.  The claims between Wells Fargo Bank, N.A. and defendant Saticoy Bay LLC Series 3948 Applecrest are DISMISSED with prejudice.

/ / / /

/ / / /

I FURTHER ORDER that by May 29, 2020, plaintiff Wells Fargo Bank, N.A. and defendant Absolute Collection Services, LLC shall file a stipulation of dismissal based on their settlement agreement.

I FURTHER ORDER that by May 29, 2020, plaintiff Wells Fargo Bank, N.A. and defendant Woodcrest Homeowners Association shall file either a stipulation of dismissal or a status report regarding any remaining claims between them.

DATED this 8th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE