# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-01360-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| SATICOY BAY LLC SERIES 3948 APPLECREST, et al., | |
| Defendants | |

All of the claims in this case have been resolved except for plaintiff Wells Fargo Bank, N.A.'s claims against defendant Absolute Collection Services, LLC. The parties previously indicated the entire case has settled. See ECF No. 51.

I THEREFORE ORDER that by June 12, 2020, plaintiff Wells Fargo Bank, N.A. shall either voluntarily dismiss its claims against defendant Absolute Collection Services, LLC, or the parties shall file either stipulation of dismissal or status report. The failure to do so will result in dismissal of those claims without further notice.

DATED this 22nd day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE